AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Jimmie C. Gardner | ) ) ) ) ) ) ) | Case No. 8:23-mj-2454-AAS |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _November 17, 2023_ in the county of _Hillsborough_ in the _Middle_ District of _Florida_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a) | Sex trafficking of a child |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

TFO Tony Aguiar, FBI

_Printed name and title_

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _November 19, 2023_

_Judge's signature_

City and state: _Tampa, FL_

AMANDA A. SANSONE, U.S. Magistrate Judge

_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## COMPLAINT AND ARREST WARRANT

I, Tony Aguiar, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation (FBI).  I have been assigned as a TFO with the FBI since April 2022. I am presently assigned to the Tampa Division's Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18, of the United States Code, including crimes related to human trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.  As a TFO, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I have received training on proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several human trafficking investigations, including undercover operations to recover juvenile victims of sex trafficking. These investigations have included the use of surveillance techniques; interviewing subjects, victims, and witnesses; and planning and executing arrest, search, and seizure warrants.

2.      I submit this affidavit in support of an application for a criminal complaint and arrest warrant for JIMMIE C. GARDNER. This affidavit sets forth

facts sufficient to establish probable cause that GARDNER engaged in sex trafficking of a child, in violation of 18 U.S.C. § 1591(a).

3.     The facts contained in this affidavit are from personal knowledge based on my participation in this investigation, information from other criminal investigators, agency reports, and my review of documents provided to me by witnesses and law enforcement officers. Because this affidavit is submitted for the limited purpose of seeking authorization to arrest GARDNER, I have not set forth every fact learned during this investigation.

## PROBABLE CAUSE

4.     On or about November 17, 2023, a 16-year-old minor victim ("MV") contacted law enforcement from 4200 Jim Walter Boulevard, Tampa, FL (the Renaissance Hotel) to report an attempted rape.

5.     The MV informed law enforcement that on the evening of November 17, 2023, she was walking around Fowler Avenue in Tampa, Florida. The victim advised that a black male, driving a black car, pulled over and started speaking to her. The male, later identified as GARDNER (DOB: 7/1/66), asked if she wanted to "chill." MV agreed and entered GARDNER's vehicle.

6.     The MV stated that GARDNER drove her, in his vehicle, to a local McDonalds where he ordered food through the drive-through. GARDNER told her that he had a nice hotel room and asked if she wanted to "do something for some money." The MV agreed to hang out with GARDNER but told him she was 16-years-old and would not do anything sexual with him.

7.     The MV advised that upon arriving at the Renaissance Hotel, GARDNER told the MV to walk behind him because he had a wife and did not want people to see them together. The MV subsequently followed GARDNER to room 739, his hotel room.

8.     The MV informed law enforcement that while in the hotel room, GARDNER asked the MV if she would engage in sex acts for $100.00. GARDNER gave the MV a $100.00 bill which she placed in her pants pocket. The MV advised that she initially agreed to engage in sex acts with GARDNER because she wanted the money.

9.     Per the MV, GARDNER removed his clothing and touched the MV while attempting to remove her clothing. GARDNER placed his hand under the MV's shirt and touched her breasts. GARDNER subsequently placed the MV's hand on his exposed penis and used his hand to guide her hand in touching him in a sexual manner.

10.     The MV made it clear that she did not want to engage in sex acts with GARDNER. The MV stated that GARDNER became angry and then removed the $100.00 from her pants pocket and told her to leave.

11.     The MV told GARDNER that he needed to drop her off where he picked her up, but he refused and an argument ensued. The MV advised that she started yelling that she was 16-years-old and what he did was wrong. The MV stated that GARDNER then pushed her onto the bed and placed his hands around her neck while telling her to be quiet. The MV further advised that her breathing was impeded while the suspect was choking her.

12.     GARDNER subsequently released the MV who ran out of the room and began knocking on random hotel doors asking for help. The MV made it to the hotel lobby and contacted law enforcement.  The MV described her attacker as a black male, approximately 6'0", medium build with a beard.

13.     While law enforcement was at the Renaissance Hotel investigating the allegations, the male that was involved in the incident called the hotel lobby requesting to speak with officers. The man provided his name as Jimmie GARDNER. He advised that he wanted to tell his side of the story. Over the phone he advised that he met the female in the lobby, and she followed him to his room. He stated that he believed she was an escort and did not want anything to do with her. He advised that made her angry and she started yelling so he left to get food. GARDNER subsequently traveled to the Tampa Police Department to provide more information to law enforcement.

14.     Through my investigation, I confirmed that GARDNER drives a black, 4-door Cadillac CTS. At approximately 12:14 a.m. and 12:44 a.m. a tag reader located at the intersection of Fletcher Avenue and Nebraska Avenue captured GARDNER's vehicle traveling southbound. This intersection is near Fowler Avenue, where the victim reported she was approached by Gardner.

15.     A review of Renaissance Hotel surveillance video shows GARDNER and the MV arriving at the hotel at approximately 1:15 a.m.  They exit the black Cadillac and walk into the Renaissance Hotel.  The MV is walking behind GARDNER, in an attempt to distance herself from him, as previously described.

4

16.     I confirmed that GARDNER was a registered guest at the Renaissance Hotel and staying in room 739.

17.     While interviewing the MV, she provided me with a video she recorded. The video depicts GARDNER entering the elevator at the Renaissance Hotel, while holding a McDonalds cup, and trying to conceal his face/identity.

18.     On November 17, 2023, the Tampa Police Department arrested GARDNER for Lewd or Lascivious Touching of a Minor and Battery, in violation of Fla. Stat. § 794.051(1). GARDNER was subsequently booked into the Hillsborough County Jail.   During an inventory search of GARDNER'S personal property a $100.00 bill was located in his wallet.

## CONCLUSION

19.     Based on the facts presented in this affidavit, there is probable cause to believe that JIMMIE C. GARDNER engaged in sex trafficking of a child, in violation of 18 U.S.C. § 1591(a).

Tony Aguiar, Task Force Officer
Federal Bureau of Investigation


Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this __19th__ day of November, 2023.

HONORABLE AMANDA A. SANSONE
United States Magistrate Judge