UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:23-mj-02454-AAS

JIMMIE C. GARDNER

_____/

## ORDER

THIS MATTER is before the Court upon Defendant Jimmie C. Gardner's Motion for a Preliminary Hearing. The Court held a preliminary hearing in this matter pursuant to Federal Rule of Criminal Procedure 5.1 on November 22, 2023.

The Defendant was charged in a Criminal Complaint with engaging in sex trafficking of child, in violation of 18 U.S.C. § 1591(a). (Dkt. 1.) During the preliminary hearing, the Government introduced testimony from a federal law enforcement agent who testified concerning the Government's investigation. Given the testimony elicited during the preliminary hearing, there is "probable cause to believe an offense has been committed and the defendant committed it" as alleged in the Criminal Complaint. *See* Fed. R. Crim. P. 5.1. Accordingly, Defendant shall appear for further proceedings before the Court.

**ORDERED** in Tampa, Florida on November 22, 2023.

ELIZABETH A. JENKINS
United States Magistrate Judge